FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Larry D Rodriguez Jr
**SSN:** xxx–xx–7341
**EIN:** N/A
Sabrina A Rodriguez
**SSN:** xxx–xx–8451
3750 Vineyard Ave
Oxnard, CA 93036

**BANKRUPTCY NO.** 9:11–bk–10725–RR
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: June 16, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc                                **23 / BHG**